ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons; JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer; EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; WILLIAM SULLIVAN

v.

COMPACT INFORMATION SYSTEMS, LLC; ACCUDATA INTEGRATED MARKETING, INC.; ALUMNIFINDER; ASL MARKETING, INC.; COLLEGE BOUND SELECTION SERVICE; DEEPSYNC LABS; HOMEDATA; STUDENT RESEARCH GROUP,
                Appellants