Nos. 25-1555 through 25-1578; 25-1580 through 25-1593; 25-1676; and 25-1677 (Consolidated)

# In the United States Court of Appeals for the Third Circuit

ATLAS DATA PRIVACY CORP., as assignee of individuals who are Covered Persons, *et al*.,

*Plaintiffs-Appellees*,

*v*.

WE INFORM LLC, *et al*.,

*Defendants-Appellants*.

On Appeal from the Order and Memorandum of the United States District Court for the District of New Jersey, dated November 26, 2024

## MOTION OF ABINE, INC. FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

Stewart M. Leviss, Esq.
BERKOWITZ, LICHTSTEIN, KURITSKY, GIASULLO & GROSS, LLC
75 Livingston Avenue Suite 102
Roseland, New Jersey 07068
Tel: 973-243-6024
sleviss@blkgg.com

*Counsel for* Amicus Curiae *Abine, Inc.*

## RULE 26.1 DISCLOSURE STATEMENT

*Amicus Curiae* Abine, Inc. (d/b/a DeleteMe) states that it does not have a parent company, nor does it issue shares to the public.

## MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

Abine, Inc. (d/b/a/ DeleteMe) respectfully moves the Court under Federal Rule of Appellate Procedure 29(a)(2) for an order granting it leave to participate as *amicus curiae*. In support of this motion, DeleteMe states the following:

1. DeleteMe was launched in 2011 by Abine, Inc. ("Abine"). Abine was founded in 2010 and offers online privacy and identity protection services.

2. DeleteMe offers products and services similar to those of Plaintiff-Appellee Atlas Data Privacy Corporation ("Atlas"), that help individuals find, monitor, and remove their sensitive personal information from people-search sites and other data brokers.

3. DeleteMe protects federal and state judiciaries inclusive of sitting and retired judges, political bodies, armed forces, law enforcement agencies, healthcare providers, crucial infrastructure, private employers, and individual users.

4. DeleteMe has direct operational experience submitting opt-out, removal, and suppression requests to data brokers and people-search sites, and monitoring for reappearance.

5. DeleteMe submits more than 125,000,000 removal requests annually to approximately 986 data brokers (an average of 126,000 requests per broker, per year).

6. DeleteMe has a strong interest in furthering the rights and ability of individual consumers to submit privacy requests to remove their sensitive personal information from data broker websites.

7. DeleteMe seeks leave to file its proposed brief in support of Plaintiffs-Appellees to correct the factual misstatements made throughout Defendants-Appellants' briefs and in oral argument before this Court and the New Jersey Supreme Court.

8. The proposed brief addresses the facts on the ground related to consumer attempts to remove their sensitive personal information from the Internet and elsewhere, and the volume of requests received by data brokers like Defendants-Appellants in this case.

9. DeleteMe has Plaintiffs-Appellees' consent to file its brief but was unable to seek consent of Defendants-Appellants and Intervenor-Appellee the New Jersey Office of Attorney General given the time constraint, and, therefore, files this motion requesting leave of the Court.

WHEREFORE, DeleteMe respectfully requests the Court enter an order granting it leave to participate as *amicus curiae* and to file its proposed brief.

Dated: August 26, 2026

/s/ *Stewart M. Leviss*

Stewart M. Leviss, Esq.
BERKOWITZ, LICHTSTEIN, KURITSKY, GIASULLO & GROSS, LLC
75 Livingston Avenue Suite 102
Roseland, New Jersey 07068
Tel: 973-243-6024
sleviss@blkgg.com

*Counsel for* Amicus Curiae *Abine, Inc.*

## CERTIFICATION OF COMPLIANCE

1. Bar Membership. Pursuant to L.A.R. 28.3(d), I certify that I am an attorney with filing privileges in the United States Court of Appeals for the Third Circuit.

2. Type-Volume. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

3. Paper copies. I certify that the text of the electronic brief filed via ECF is identical to the text of the paper copies mailed to this Court.

4. Virus check. Pursuant to L.A.R. 31.1(c), I certify that I have caused a virus check to be performed using Huntress, and no virus was detected.

5. Service. I certify that on this date, I am causing this brief to be filed electronically via this Court's CM/ECF system. All participants are registered CM/ECF users and service will be accomplished using the CM/ECF system.

Dated: August 26, 2026

*/s/ Stewart M. Leviss*
STEWART M. LEVISS, ESQ.
**BERKOWITZ, LICHTSTEIN,**
**KURITSKY, GIASULLO & GROSS, LLC**
75 Livingston Ave
Roseland, New Jersey 07068
Telephone: 973-325-7800
Direct Dial: 973-243-6024
Fax: 973-325-7930

*Attorneys for* Amicus Curiae *Albine, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this date, I am causing this Motion for Leave to Participate as *Amicus Curiae* to be filed electronically via this Court's CM/ECF system. All participants are registered CM/ECF users and service will be accomplished using the CM/ECF system.

Dated: August 26, 2026

/s/ *Stewart M. Leviss*

*Counsel for* Amicus Curiae
*Abine, Inc.*